**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6174**

---

SHAKA MACUMBA ZULU X, a/k/a Michael Wayne
Montgomery,

                                    Plaintiff - Appellant,

        versus

LARRY C. BATSON; LAURIE F. BESSINGER; J. D.
WESSINGER,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-95-3395-6-3AK)

---

Submitted:  June 20, 199          Decided:  June 25, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shaka Macumba Zulu X, Appellant Pro Se. Andrew Frederick Lindemann,
ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. X v. Batson, No. CA-95-3395-6-3AK (D.S.C. Jan. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2